UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **SEALED** |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:20-mj-0679 |
| ) | |
| ALEXANDER WEATHERSPOON, ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

**PENALTY SHEET**

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1-5 | 18 U.S.C. §§ 1341 and 2 Mail Fraud | 20 Years | $250,000 | 3 years | |
| 6-8 | 18 U.S.C. § 1028A Aggravated Identity Theft | 2 Years* | $250,000 | 3 years | |
| 9 | 18 U.S.C. § 1001 False Statements | 5 Years | $250,000 | 3 years | |

*2 year mandatory term of imprisonment consecutive to any other sentence imposed.

Dated: _____

_____
ALEXANDER WEATHERSPOON,
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana