UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:20-mj-0679 |
| | ) | |
| ALEXANDER WEATHERSPOON, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JUNE 2, 2021**
**HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appear for an initial appearance on a Complaint filed on August 10, 2020. Defendant appeared in person and by FCD counsel Michael Donahoe. Government represented by AUSA MaryAnn Mindrum. USPO represented by Justin Meier.

Defendant orally waived his right to physically appear for his initial appearance in the courtroom and consented to appear via video teleconference from the Hamilton County Jail.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained. Defendant waived reading of the Complaint.

Defendant waived his right to a preliminary hearing and probable cause was found.

The defendant was brought before the Court on a Writ of Habeas Corpus Ad Prosequendum. Parties were instructed to bring the issue of pretrial detention/release to the attention of the Court if the issue becomes ripe.

Government moved to unseal this cause of action and the same was granted.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Defendant remanded to the custody of the U.S. Marshal pending further proceedings before the court.

Dated: 2 JUN 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system